**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAMILAH WAY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| | § | |
| **CITY OF MISSOURI CITY, et al.,** | § | **CIVIL A. NO. 4:22-cv-00539** |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |

---

### PLAINTIFF'S NOTICE OF APPEAL

---

Plaintiff, Jamilah Way, appeals to the United States Court of Appeals for the Fifth Circuit from the Order granting Defendant's Motion for Summary Judgment [Doc. 59] entered on March 26, 2024 and the Final Judgment [Doc. 60] entered on March 26, 2024.

Respectfully submitted,

**BECK REDDEN LLP**

By:   */s/ Bennett J. Ostdiek*
       Bennett J. Ostdiek
       State Bar No. 24122056
       bostdiek@beckredden.com
       Russell S. Post
       State Bar No. 00797258
       rpost@beckredden.com
1221 McKinney, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 – Fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, a copy of the foregoing notice of appeal was filed electronically with the Clerk of the Court using the Court's ECF System. Notice of this filing will be sent electronically by operation of the Court's electronic filing system to all counsel of record.

*/s/ Bennett J. Ostdiek*
Bennett J. Ostdiek

2